UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOANDRIS L. ROSALES
FUENTES,

          Plaintiff,

   v.

WARDEN, SOUTH FLORIDA
DETENTION CENTER,  U.S.
ATTORNEY GENERAL,

          Defendants.

Case No. 2:26-cv-1134-KCD-NPM

## ORDER

Petitioner Yandris L. Rosales Fuentes has filed a *pro se* habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) But there is a glaring problem—the petition is in Spanish. Federal Court filings must be in English, and documents written in another language, without an English translation, are properly disregarded. *See United States v. Rivera-Rosario*, 300 F.3d 1, 5-6 (1st Cir. 2002) ("It is clear, to the point of perfect transparency, that federal court proceedings must be conducted in English."); *Light for Life, Inc. v. Our Firm Found. for Koreans, Inc.*, No. 3:12-CV-38-CAR, 2015 WL 631138, at *7 (M.D. Ga. Feb. 12, 2015) ("[F]ederal court proceedings must be conducted in English. Without an English translation, the Court cannot consider this evidence on

summary judgment."); *Rivas-Montano v. United States*, Nos. 8:03-cr-47-T-24EAJ, 8:06-cv-852-T-24EAJ, 2006 WL 1428507, *1 (M.D. Fla. May 22, 2006) (striking affidavit that was filed in Spanish without a certified English translation); *United States v. One 1988 Chevrolet Half-Ton Pickup Truck*, 357 F. Supp. 2d 1321, 1329 (S.D. Ala. 2005) (excluding from consideration a non-English exhibit with no certified translation).

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE**. The Clerk is directed to close the case.

**ORDERED** in Fort Myers, Florida on April 17, 2026.

Kyle C. Dudek
United States District Judge